UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Paula C. Porras**, <br><br> Plaintiff, <br><br> v. <br><br> **Wells Fargo Bank, N.A, et al.**, <br><br> Defendants. | Case No. SACV 17-00893 AG (KESx) <br><br> **JUDGMENT** |

The Court enters judgment for the Defendants and against Plaintiff.

Dated July 7, 2017

Hon. Andrew J. Guilford
United States District Judge